PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br><br>              vs.                                 )<br><br>**GERALD DAVID MANCINI**          )<br>                                                 ) | **Docket Number:  1:95CR05205-3 REC** |

On February 3, 1997, the above-named was placed on Supervised Release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Rick C. Tarazon

**RICK C. TARAZON
United States Probation Officer**

Dated:     June 25, 2009
               Fresno, California

**REVIEWED BY:**      /s/ Hubert J. Alvarez
                              **HUBERT J. ALVAREZ
                              Supervising United States Probation Officer**

**Re:   GERALD DAVID MANCINI**
      **Docket Number: 1:95CR05205-3 REC**
      **ORDER TERMINATING Supervised Release**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   July 2, 2009**                              **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE